UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES AND EXCHANGE
COMMISSION

      Plaintiff,

v.                               Case No: 2:11-cv-116-FtM-29DNF

RADIUS CAPITAL CORP. and
ROBERT A. DIGIORGIO,

      Defendants.

_____

**ORDER**

This matter comes before the Court on defendant's Motion to Vacate Magistrate Judge's Order and Objection to Magistrate's "Orders" Report and Recommendation (Doc. #250) filed on July 24, 2013. Non-Party Bank of America, N.A. filed a Response and Opposition (Doc. #255) and the SEC filed an Opposition (Doc. #256).

On July 18, 2013, the Magistrate Judge issued an Order (Doc. #248) denying defendant Robert A. Digiorgio's five discovery related motions, denying as moot Non-Party Bank of America, N.A.'s Motion to Quash Subpoena and Emergency Motion for Protective Order, and granting the SEC's Motion for Protective Order Barring Untimely Depositions and Related Document Discovery. Pursuant to 28 U.S.C. § 636(b)(1)(A), the Court may reconsider or review the Magistrate Judge's Order on a

pretrial matter if shown that it was clearly erroneous or contrary to law.  "The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions."  Id.

The Magistrate Judge noted and set forth the arguments that DiGiorgio now makes with regard to Bank of America not confirming that portions of the original paper loan files existed until after the discovery deadline expired.  The Magistrate Judge also noted DiGiorgio's positions that the SEC and Bank of America knew about it and failed to produce the original paper files in a timely manner.  (Doc. #248, pp. 4-5.)  The Magistrate Judge found that DiGiorgio had the electronic copies and made no request for the original loan files until much later.  The Court finds no clear error.

The cases cited by DiGiorgio are not controlling in the Middle District of Florida, and were acknowledged by the Magistrate Judge.  (Doc. #248, pp. 9-10; Doc. #250, pp. 5-6.)  The Magistrate Judge found that Mr. Lowry was not involved in the investigation relating to the allegations in the Complaint; that any information Mr. Lowry had was not relevant or reasonably calculated to lead to discoverable evidence; and, DiGiorgio failed to articulate a basis to reconsider previous orders on the same requests.  (Doc. #248, p. 11.)  The Court finds no clear error.  The decision to not reopen discovery and

the finding that DiGiorgio did not exercise due diligence in his pursuit of discovery was not clearly erroneous or contrary to law.

Accordingly, it is hereby

**ORDERED:**

Defendant's Motion to Vacate Magistrate Judge's Order and Objection to Magistrate's "Orders" Report and Recommendation (Doc. #250) is **DENIED** and the objections **OVERRULED.**

**DONE and ORDERED** at Fort Myers, Florida, this ___20th___ day of September, 2013.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

- 3 -